## YRIBARNE *v.* COUNTY OF SAN BERNARDINO ET AL.

No. 811.   Decided April 6, 1964.

*Herman F. Selvin* for appellant.

*John N. Cramer* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.